# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **vs.** | : | **Case No.: 7:10-CR-38** |
| | : | |
| **TERRY HARRIS,** | : | |
| | : | |
| **Defendant.** | : | |
| _____ | : | |

## ORDER

The Government's Motion for a Continuance of the above-styled matter to the next regular trial term having been read and considered, the Court finds:

a)      The defendant was Indicted on December 01, 2010 and Arraigned on December 21, 2010. This case is set for pre-trial conference on March 28, 2011.

b)      No motions which would have the effect of tolling the Speedy Trial "clock" have been filed; but counsel for both parties agree that additional time is necessary to explore alternative dispositions to the case.

THEREFORE the ends of justice served by the granting of a continuance outweigh the interests of the public and the defendant in a speedy trial.

The Court having made the foregoing findings, the motion is hereby GRANTED and the matter is hereby continued to the next trial term of the Valdosta Division of the Middle District of Georgia, currently scheduled to commence in April 2011 or at a date specially set by the Court.

IT FURTHER ORDERED that the time period occasioned by this continuance is excluded from the calculations of time contemplated by the Speedy Trial Act, 18 U.S.C. § 3161.

SO ORDERED this 14th day of February, 2011.


                                        s/ Hugh Lawson
                                        HUGH LAWSON
                                        UNITED STATES DISTRICT COURT

Presented by:


s/ Leah E. McEwen
Assistant United States Attorney